# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRIT MONTGOMERY

NO. 2020 KW 0039

**MAY 1 2 2020**

In Re: State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 10-16-0315, 05-16-0403, & 09-17-0293.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**GH**

**McClendon, J.,** dissents and would grant the writ application. Based on the plain language of La. R.S. 15:561.1 and 15:561.2(A), there is no requirement of a judicial determination that the victim was under the age of thirteen years, only that the underlying offense defined under La. R.S. 15:541 as a sex offense must have occurred when the victim was under the age of thirteen. When a law is clear and unambiguous and its application does not lead to absurd consequences, it shall be applied as written and no further interpretation may be made in search of legislative intent. La. R.S. 1:4; **State v. Leger,** 2019-2084 (La. 6/26/19), 284 So.3d 609, 615. Further, the bill of information, filed July 25, 2006, charged relator with sexual battery, stated the victim's date of birth, and indicated that at the time of the offense, the victim was under the age of thirteen. The defendant's guilty plea was based on said bill of information.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT